ALCOVER Y COMPAÑÍA, DEMANDANTE Y APELADA, *v.* SUCESIÓN DE DAMIÁN MAGRANER, DEMANDADA Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Aguadilla en pleito sobre cobro de dinero (moción sobre remisión de ciertos libros de cuentas).

No. 2968.—Resuelto en abril 21, 1923.

*Exhibits* EN APELACIÓN—EXPOSICIÓN DEL CASO.—Cuando en la exposición del caso no se ha descrito un *exhibit* ofrecido, de modo que quede propiamente identificado según dispone la sección 40 *b* del reglamento del Tribunal Supremo y la Ley 81 de 1919, procede negar una moción en la que se pide una orden para que el Tribunal Supremo reclame dicho *exhibit* del secretario de la corte inferior. En tales casos la parte interesada puede solicitar en tiempo oportuno del Tribunal Supremo la devolución de la exposición del caso a la corte inferior para corregir la omisión a fin de que sea examinado en apelación el *exhibit*.

Los hechos están expresados en la opinión.

Abogados de la apelante-apelada: *Sres. Reichard & Reichard.*

Abogado de la apelada-apelante: *Sr. J. B. Soto.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Después de haber presentado la parte demandada y ape-

lante su alegato de apelación en este Tribunal Supremo, nos pide que ordenemos al secretario del tribunal inferior que nos envíe para ser unido a los autos de esta apelación ciertos libros de cuentas de la demandante que ésta presentó como prueba en el juicio. No se opone la parte contraria de una manera absoluta a esa petición, pero entiende que los libros no deben ser enviados ahora sino pocos días antes de la vista de la apelación, porque sufriría la contabilidad de su casa de comercio.

En 25 de junio de 1910 este Tribunal Supremo adicionó la regla 40 de su reglamento con la siguiente disposición:

"40 *b*. Cuando a discreción de la corte sentenciadora sea necesario para una correcta inteligencia y resolución de cualquier causa o cuestión envuelta en la misma que algún mapa, documento original, o *exhibit* de cualquier clase, que no sea susceptible de representarse por medio de copia, fotografía, o de otro modo, sea presentado al examen e inspección de esta corte, se hará una descripción del mismo en la relación de hechos o pliego de excepciones, de manera que quede correctamente indentificado, expresándose que dicho mapa, documento o *exhibit* se ha hecho parte de dicha relación de hechos o pliego de excepciones, y el secretario de la corte inferior, después de autenticar dicho mapa o documento original, o *exhibit* bajo su firma y sello de la corte, remitirá el mismo al secretario de este tribunal, haciendo constar que se ha hecho parte de los autos de dicha causa."

En 1919 la legislatura, por su Ley núm. 81, después de expresar cómo se hará una exposición del caso o pliego de excepciones, dispone lo siguiente:

"Cuando sea necesario para una correcta inteligencia y resolución del asunto, que algún mapa, documento original o *exhibit* de cualquier clase, que no sea susceptible de reproducción por medio de copia, fotografía o de otro modo, sea presentado al examen e inspección de la Corte Suprema, se hará una descripción del mismo, y el secretario de la corte *a quo* después de autenticar dicho mapa o documento original o *exhibit,* bajo su firma y sello de la corte, remitirá el mismo al Secretario de la Corte Suprema, haciendo constar que se ha hecho parte del récord del asunto."

Como se ve, tanto por nuestro reglamento como por la ley, para que el secretario esté obligado a remitir a este Tribunal Supremo algún mapa, documento original o *exhibit* de cualquier clase, es necesario que en el pliego de exposición del caso o de excepciones se haya hecho una descripción del mismo; y como en la exposición del caso que se nos ha presentado no aparece descripción alguna que pueda identificar los libros que la parte apelante quiere que reclamemos originales, no podemos ordenar su remisión a este Tribunal Supremo y, por tanto, su petición en ese sentido debe ser desestimada.

Esta resolución, por supuesto, no impide el que pueda solicitarse la devolución de la exposición del caso a la corte inferior para que sea enmendada de acuerdo con la ley y entonces obtener la remisión de los libros.

*Denegada la moción sin perjuicio de ulterior derecho que pueda asistir a la demandada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf y Hutchison.

El Juez Asociado Sr. Franco Soto no tomó parte en la resolución de este caso.